UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
EBF HOLDINGS, LLC d/b/a EVEREST :
BUSINESS FUNDING, :
:
                     Plaintiff, :      23-CV-2325 (VSB)
:
    -against- :      **ORDER**
:
DECHOKER, LLC d/b/a DECHOKER and :
ALAN RAY CARVER, :
:
                 Defendants. :
:
--------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

      This case has been removed from the Supreme Court of New York, County of New York. The parties shall provide a joint status letter by April 3, 2023, summarizing the proceedings of this case so far and proposing next steps for the adjudication of this action.

      SO ORDERED.

Dated:  March 29, 2023
          New York, New York

                                                         _____
                                                          Vernon S. Broderick
                                                          United States District Judge